
FILED
ASHEVILLE, NC
DEC 05 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PERRIAN CORZELL LITTLEJOHN | DOCKET NO. 1:23-CR-84-MR-WCM<br><br>BILL OF INDICTMENT<br><br>Violations:<br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. § 922(g)(1) |

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 14, 2023, in Cleveland County, within the Western District of North Carolina, the defendant

**PERRIAN CORZELL LITTLEJOHN**

did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT TWO

On or about March 14, 2023, in Cleveland County, within the Western District of North Carolina, the defendant

**PERRIAN CORZELL LITTLEJOHN**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession of Marijuana with Intent to Distribute, as set forth more fully in Count One of this Bill of Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about March 14, 2023, in Cleveland County, within the Western District of North Carolina, the defendant

**PERRIAN CORZELL LITTLEJOHN**

knowing he had been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm in and affecting interstate commerce, that being a Glock, Model 31, .357 caliber pistol.

All in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924 and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this Bill of Indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property seized during the investigation is subject to forfeiture on one or more

4

of the grounds stated above: a Glock, Model 31, .357 caliber pistol and approximately thirty-nine rounds of Sig Sauer .357 caliber ammunition.

A TRUE BILL:

_____
Grand Jury Foreperson

DENA J. KING
United States Attorney

_____
ALEX M. SCOTT
Assistant United States Attorney