Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

**U. S. DISTRICT COURT**

**CASE SEALED:** ◯ YES ● NO

**DOCKET NUMBER:** 1:23cr84-MR-WCM

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs Perrian Corzell Littlejohn

**COUNTY OF OFFENSE** : Cleveland

**RELATED CASE INFORMATION** : None

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : Warrant

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ◯ Petty ◯ Misdemeanor ● Felony

18 U.S.C. § 924(c)(1)(A)(i), 18 U.S.C. § 922(g)(1), 21 U.S.C. § 841(a)(1)

**JUVENILE:** ◯ Yes ● No

**ASSISTANT U. S. ATTORNEY** : Scott, Alex

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)

Case 1:23-cr-00084-MR-WCM   Document 1-2   Filed 12/05/23   Page 1 of 1