# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. PERRIAN CORZELL LITTLEJOHN

Case Number: 1:23 cr 84-MR-WCM

| COUNT(S) | STATUE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21:841(a)(1) | | Max 5 years imprisonment; max $250,000 fine; min 2 years SR, max life SR; $100 SMA |
| 2 | 18:924(c)(1)(A)(i) | 5 years | Min 5 years imprisonment, max life imprisonment; max $250,000 fine; max 3 years SR; $100 SMA |
| 3 | 18:922(g) | | Max 15 years imprisonment; max $250,000 fine; max 3 years SR; $100 SMA |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO
\* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE